IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NORMAN E. LACEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3-06-cv-1145-MEF |
| ) | |
| CITY OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Amend/Correct Amended Answer to Complaint (Doc. #8) filed on August 13, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 17th day of August, 2007.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE