IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NORMAN E. LACEY,                    )
                                    )
        Plaintiff,                  )
v.                                  )        CASE NO. 3-06-cv-1145-MEF
                                    )
CITY OF AUBURN,                     )
                                    )
        Defendant.                  )

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #14) filed on December 14, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on January 14, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before January 7, 2008.  The defendant may file a reply brief on or before January 14, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 18th day of December, 2007.

_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE