IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Norman E. Lacey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:06-CV-1145-MEF |
| ) | |
| City of Auburn, ) | |
| ) | |
| Defendant, ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW Norman E. Lacey, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


12/27/2007                           /s/ [signature]
Date                                 Counsel Signature

                                     Norman E. Lacey
                                     Counsel for Plaintiff

                                     Winston Cooks, LLC
                                     The Penick Bldg., Suite 203
                                     319-17th Street North
                                     Birmingham, AL 35203
                                     Address, City, State Zip Code

                                     (205) 502-0970
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CERTIFICATE OF SERVICE

I, Roderick T. Cooks, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 27th day of December 2007, to:

Randall Morgan)
Attorney for Defendant City of Auburn
Hill, Hill, Carter, Franco,
Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

/s/Roderick T. Cooks
Of Counsel