IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NORMAN E. LACEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3-06-cv-1145-MEF |
| ) | |
| CITY OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #18) filed on December 31, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The plaintiff shall file a response to defendant's motion for summary judgment on or before January 12, 2008. The defendant may file a reply brief on or before January 19, 2008.

DONE this the 7th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE