**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **NORMAN E. LACEY** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v ) | **CIVIL ACTION NUMBER:** |
| **CITY OF AUBURN,** ) | **06-cv-1145-MEF** |
| ) | |
| ) | |
| **Defendant** ) | |

**NOTICE OF APPEARANCE**

Comes now, Lee Winston and enters his notice of appearance on behalf of Norman E. Lacey.

                                              Respectfully submitted,

                                              s/Lee Winston
                                              Lee D. Winston
                                              Attorney for Plaintiff

**OF COUNSEL:**

**WINSTON COOKS, LLC**
319 17th Street North
Birmingham, Alabama   35203
(205) 314-0515
email: lwinston@winstoncooks.com
facsimile: 205-251-0231

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of January, 2008, I caused a copy of the foregoing to be served via the Court's Electronic Filing System on the following:

Randall Morgan
Hill, Hill, Carter, Franco,
Cole & Black, P.C.
425 South Perry Street
Montgomery, AL.  36104


                                              s/Lee Winston
                                              Of Counsel