# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| NORMAL E. LACEY ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v ) | CIVIL ACTION NUMBER: |
| CITY OF AUBURN, ) | 06-cv-1145-MEF |
| ) | |
| **Defendant** ) | |

NORMAN E. LACEY, Plaintiff, v. CITY OF AUBURN, Defendant. CIVIL ACTION NUMBER: 06-cv-1145-MEF

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now, the counsel for the plaintiff, and indicates that the parties discussed settlement, and more discussions will be forthcoming.

Settlement discussions are hampered by plaintiff counsel's logistical ability to communicate with his client. Mr. Lacey, a civilian contractor, is assigned to a forward operating base in Iraq. Communication is extremely difficult and limited as Mr. Lacey moves frequently between forward operating bases in the country.

Mediation would not be helpful as Mr. Lacey is unable to participate.

Respectfully submitted,

s/Lee Winston
Lee D. Winston
Attorney for Plaintiff

**OF COUNSEL:**

**WINSTON COOKS, LLC**
319 17th Street North
Birmingham, Alabama 35203
(205) 314-0515
email: lwinston@winstoncooks.com
facsimile: 205-251-0231

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, I caused a copy of the foregoing to be served via the Court's Electronic Filing System on the following:

Randall Morgan
Hill, Hill, Carter, Franco,
Cole & Black, P.C.
425 South Perry Street
Montgomery, AL. 36104

DONE this the 28 day of January 2008.

s/Lee Winston
Of Counsel