**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **NORMAN E. LACEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO: 3:06-CV-1145-MEF** |
| | ) | |
| **CITY OF AUBURN,** | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT

COMES NOW the Defendant and herewith shows unto the Court that pursuant to the present Scheduling Conference Order, discovery cutoff is February 29, 2008. This Defendant requests a short extension of discovery until March 14, 2008 which is the date of the Pretrial Conference. The Defendant shows unto the Court that the needed extension will enable it to complete discovery which has been hampered by the fact that Plaintiff is overseas and needed personnel records of his are out of state. The undersigned has been advised by Plaintiff's attorney that he does not oppose this extension as long as it will not delay the trial of this matter. Defendant submits this requested extension is short in time and will not delay the trial nor unduly prejudice Plaintiff.

WHEREFORE, these premises prayed, the Defendant respectfully requests an extension of discovery until March14, 2004.

/s/ *Randall Morgan*
Randall Morgan [MORG8350]
Attorney for Defendant City of Auburn

1

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 18th day of February, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Roderick E. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

                                                  /s/ *Randall Morgan*
                                                  OF COUNSEL