IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NORMAL E. LACEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3-06-cv-1145-MEF |
| ) | |
| CITY OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

NORMAN E. LACEY,

    Plaintiff,

v.                                                                    CASE NO. 3-06-cv-1145-MEF

CITY OF AUBURN,

    Defendant.

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time (Doc. #30) filed on February 18, 2008, it is hereby

ORDERED that the motion is GRANTED to and including March 14, 2008.

DONE this the 19th day of February, 2008.

                                                       /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE