IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NORMAN E. LACEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3-06-cv-1145-MEF |
| ) | |
| CITY OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the pretrial hearing set in this case for March 14, 2008 at 9:30 A.M. is rescheduled for March 14, 2008 at 9:00 A.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 12th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE