**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **NORMAN E. LACEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 3:06-CV-1145-MEF** |
| | ) | |
| **CITY OF AUBURN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE notice that Elizabeth Brannen Carter of the law firm of HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C., appears in the above-styled action before this Honorable Court as counsel of record for Defendant City of Auburn and respectfully requests that all copies of all pleadings and other documents regarding this action be served on her.

Done this 14th day of March, 2008.

City of Auburn, Defendant


By: /s/ *Elizabeth B. Carter*
Randall Morgan [MORG8350]
Elizabeth B. Carter [3272-C38E]
Counsel for Defendant City of Auburn

OF COUNSEL:
Hill, Hill, Carter, Franco,
  Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600
334-263-5969 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of March, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Roderick E. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203


/s/ *Elizabeth B. Carter*
OF COUNSEL