IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NORMAN E. LACEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:06-CV-1145-MEF |
| ) | |
| CITY OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S WITNESS LIST

**COMES NOW** the Defendant City of Auburn and submits a list of witnesses as follows:

1. Steven A. Reeves
   Department of Human Resources
   City of Auburn
   Auburn, Alabama

2. B. Scott Cummings
   c/o CH2M/Hill
   Atlanta, Georgia

3. Eric Carson
   Assistant Water Resource Management Director
   The Water Works Board of the City of Auburn
   Auburn, Alabama

4. Mikel Thompson
   Sewer Manager
   City of Auburn
   Auburn, Alabama

5. Derek Godfrey
   Water Coordinator
   The Water Works Board of the City of Auburn
   Auburn, Alabama

6. Charles Howard
   Heavy Equipment Operator
   The Water Works Board of the City of Auburn
   Auburn, Alabama

7. Jill Holland
   Water Revenue Office Manager
   The Water Works Board of the City of Auburn
   Auburn, Alabama

8. Kathy Bullard
   Utility Data Base Coordinator
   The Water Works Board of the City of Auburn
   Auburn, Alabama

9. Rick McCarty
   Auburn Water Board
   Auburn, Alabama

10. Kyle Hildreth
    c/o City of Auburn
    Auburn, Alabama

11. Joseph Eckhart
    c/o Auburn Water Board
    Auburn, Alabama

12. Martin Squiers
    c/o Auburn Water Board
    Auburn, Alabama

13. Stephen Kukla
    c/o Auburn Water Board
    Auburn, Alabama

14. Earline Cobb
    City Clerk
    City of Auburn
    Auburn, Alabama

15. Nell Greer
    c/o City of Auburn
    Auburn, Alabama

16. Mayor Austin Caldwell
    c/o City of Dempolis
    Demopolis, Alabama

17. Michelle Wall
    Payroll and Benefit Coordinator
    City of Auburn
    Auburn, Alabama

18. Brian Cook
    c/o City of Dempolis
    Demopolis, Alabama

19. Paula Brain
    c/o City of Demopolis
    Demopolis, Alabama

20. Custodian of Records
    Professional Services Group
    14950 Heathrow Forest Parkway
    Houston, Texas 11032

21. Human Resources/Personnel Director
    Professional Services Group
    14950 Heathrow Forest Parkway
    Houston, Texas 11032

22. Custodian of Records
    City of Demopolis and/or Dempolis Water Board
    Demopolis, Alabama

23. Custodian of Records
    Kellogg, Brown & Root
    Houston, Texas

24. Human Resources/Personnel Director
    Kellogg, Brown & Root
    Houston, Texas

25. Payroll Clerk
    Kellogg, Brown & Root
    Houston, Texas

26. Custodian of Records
    Service Employees International, Inc.
    Dubai, UAE

27. Human Resources/Personnel Director
    Service Employees International, Inc.
    Dubai, UAE

28. Payroll Clerk
    Service Employees International, Inc.
    Dubai, UAE

29. Any person needed for rebuttal.

30. Any person needed for impeachment.

31. Any person needed to authenticate any document, record or trial exhibit.

32. Defendant reserves the right to use any witnesses listed by Plaintiff.

33. Defendant reserves the right to supplement this list if necessary.


          /s/ *Randall Morgan*
          Randall Morgan [MORG8350]
          Attorney for Defendant City of Auburn

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## **CERTIFICATE OF SERVICE**

      I hereby certify the foregoing has been duly served on the following via E-Mail and U.S. Mail, properly addressed and first-class postage prepaid on this the 19th day of March, 2008:

Roderick E. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

                                        /s/ *Randall Morgan*
                                        OF COUNSEL