**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **NORMAN E. LACEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO: 3:06-CV-1145-MEF** |
| ) | |
| **CITY OF AUBURN,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S DEPOSITION DESIGNATION

**COMES NOW** the Defendant City of Auburn and herewith submits its deposition designations as follows:

1.    Defendant reserves the right to use all or any part of the deposition of Plaintiff Norman E. Lacey for cross examination, impeachment, rebuttal and/or any other use allowed by Rule 32, F.R.C.P.

2.    Without waiving the foregoing, Defendant specifically designates the following:

| Page | Line(s) | Page | Line(s) |
|---|---|---|---|
| 7 | 2-3 | 104 | 9-21 |
| 23 | 21-23 | 105 | 2-6 |
| 24 | 11-13 | 106 | 17-22 |
| 25 | 17-19 | 117 | 12-21 |
| 26 | 2-4 | 118 | 2-7 |
| 27 | 11-18 | 119 | 6-9; 121 |
| 28 | 17-21 | 134 | 11-15 |

| Page | Line(s) | Page | Line(s) |
|------|---------|------|---------|
| 92 | 3-5 | 195 | 14-21 |
| 93 | 4-17 | 215 | 9-18 |
| 97 | 23 | | |
| 98 | 1-4 | | |
| 99 | 6-15 | | |
| 101 | 8-11; 16-17 | | |

/s/ *Randall Morgan*
Randall Morgan [MORG8350]
Attorney for Defendant City of Auburn

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify the foregoing has been duly served on the following via E-Mail and U.S. Mail, properly addressed and first-class postage prepaid on this the 19th day of March, 2008:

Roderick E. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

/s/ *Randall Morgan*
OF COUNSEL