# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| NORMAN E. LACEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 3:06-CV-1145-MEF |
| | ) |
| CITY OF AUBURN, | ) |
| | ) |
| Defendant. | ) |

## DEPOSITION DESIGNATION

Counsel anticipates that the Plaintiff will be available for trial, however, out of an abundance of caution, given that the Plaintiff has to travel from Iraq to the United States for trial, the Plaintiff makes the following deposition designations:

Lacey Deposition Designations:

Page 7-lines 2-6

Page 19-lines 21-23

Page 20-lines 1-23

Page 21-lines 1-9

Page 21-lines 10-17

Page 23-lines 21-23

Page 24-lines 1-13

Page 25-lines 1-23

Page 26-lines 5-20

Page 29-lines 1-7

Page 30-lines 13-15

Page 31-lines 1-7

Page 33-lines 21-23

Page 34-lines 1-4

Page 35-lines 7-18

Page 35-lines 19-23

Page 36-lines 1-11

Page 38-lines 1-17

Page 40-lines 8-21

Page 41-lines 6-23

Page 42-lines 1-4

Page 43-lines 3-10

Page 44-lines 1-12

Page 46-lines 12-22

Page 48-lines 15-23

Page 49-lines 1-18

Page 50-lines 8-20

Page 51-lines 15-22

Page 53-lines 3-23

Page 54-lines 1-4

Page 55-lines 5-22

Page 57-lines 17-23

Page 58-lines 1-9

Page 59-lines 5-23

Page 60-lines 16-23

Page 61-lines 7-21

Page 62-lines 18-23

Page 63-lines 1-14

Page 64-lines 12-15

Page 65-lines 5-13

Page 66-lines 20-23

Page 67-lines 1-18

Page 70-lines 9-22

Page 89-lines 1-7

Page 92-lines 3-12

Page 93-lines 4-17

Page 93-lines 18-23

Page 94-lines 7-20

Page 97-lines 6-19

Page 101-lines 8-11

Page 104-lines 9-21

Page 112-lines 4-9

Page 115-lines 7-9

Page 116-lines 18-23

Page 127-lines 3-10

Page 130-lines 8-14

Page 137-lines 1-15

Page 138-lines 2-18

Page 139-lines 6-11

Page 141-lines 17-20

Page 142-lines 9-18

Page 143-lines 4-16, 17-23

Page 144-lines 7-15, 16-21

Page 150-lines 5-20

Page 151-lines 4-14

Page 152-lines 2-12

Page 153-lines 10-23

Page 154-lines 1-5, 6-21

Page 155-lines 11-14, 23

Page 156-lines 1-9

Page 157-lines 12-23

Page 159-lines 3-8

Page 160-lines 11-21

Page 161-lines 1-15

Page 162-lines 8-11

Page 163-lines 18-23

Page 170-lines 13-22

Page 173-lines 1-23

Page 174-lines 1-11

Page 198-lines 5-23

Page 199-lines 1-23

Page 200-lines 1-3

Page 201-lines 1-23

Page 202-lines 1-15

Page 204-lines 9-23

                                                             Respectfully submitted,
                                                             <u>s/Roderick T. Cooks</u>
                                                             Counsel for the Plaintiff

**<u>OF COUNSEL</u>:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel: (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com

## **<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that I have served a copy of the foregoing document on all persons listed below by Electronic Mail:

Randall Morgan, Esq.
Hilll, Hill, Carter, Franco,
Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

      Done this the 19th day of , 2008.

                                                             <u>/s/Roderick T. Cooks</u>
                                                             Of Counsel