**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NORMAN E. LACEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 3:06-CV-1145-MEF |
| | ) | |
| **CITY OF AUBURN,** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSIVE DEPOSITION DESIGNATION

**COMES NOW** the Defendant City of Auburn and in response to Plaintiff's Deposition Designations, this Defendant makes the responsive deposition designations:

1. This Defendant adopts and incorporates herein Defendant's Deposition Designation which were filed March 19, 2008.

2. This Defendant makes the following responsive deposition designation which it expects to use. However, by listing same Defendant does not waive any objection it might have to the attempted use of same by Plaintiff:

| Page | Line(s) | Page | Line(s) |
|---|---|---|---|
| 8 | 5-6 | 111 | 15-23 |
| 9 | 15-18; 21-22 | 112 | 1-3 |
| 10 | 10-11; 16-17; 20-23 | 116 | 18-23 |
| 11 | 4-9; 12-23 | 117 | 12-19 |
| 12 | 1-10; 21-23 | 118 | 2-4 (stop after "rarely"); 13-23 |

| | | | |
|---|---|---|---|
| 13 | 1-18 | 119 | 1-9; 14-17 (start with "would" and end with "No, sir"); 20-23 (stope with "system".) |
| 17 | 18-20 | 120 | 4-10; 19-23 |
| 18 | 9-11 | 121 | 1-12 |
| 25 | 13-19 | 122 | 5-18 |
| 26 | 1-4; 14-18 | 124 | 20-23 |
| 27 | 11-23 | 125 | 1-11 |
| 28 | 1-12 | 126 | 3-17 (stop with first sentence) |
| 30 | 7-12 | 127 | 23 |
| 31 | 20-23 | 128 | 1-8 |
| 32 | 1 | 130 | 20-23 |
| 34 | 5-8 | 131 | 1-4 |
| 37 | 10-18 | 134 | 5-7; 14-23 |
| 38 | 18-23 | 135 | 1-2 |
| 39 | 1-9 | 144 | 23 |
| 42 | 11-21 | 145 | 1-9 |
| 49 | 15-20 | 148 | 15-23 |
| 50 | 21-23 | 149 | 1-8; 16-19 (stop with "maintenance".) |
| 51 | 1-7 | 152 | 22-23 |
| 51 | 8-14 | 153 | 1-9 |
| 54 | 5-15 | 159 | 20-22 |
| 58 | 10-12; 19-23 | 160 | 8-10 |
| 63 | 15-23 | 165 | 6-23 |
| 68 | 18-23 | 167 | 6-23 |
| 69 | 1-7; 19-23 | 168 | 1-12 (stop with "aware of".) |
| 70 | 1-2 | 169 | 2-5 |

| | | | |
|---|---|---|---|
| 82 | 21-23 | 172 | 7-23 |
| 83 | 1-3; 6 | 173 | 6-13 |
| 85 | 14-16 | 174 | 16-23 |
| 86 | 1-7 | 175 | 1-5 (ends with "that way fine") |
| 87 | 4-6 | 175 | 6-23 |
| 92 | 3-5 | 176 | 1-2; 9-13; 16-18 (stop with "responsibility); 21-22 (this goes after "responsibility".); 21-22 |
| 93 | 4-17 | 177 | 7-16 |
| 94 | 21-23 | 195 | 14-21 |
| 95 | 1-2 | 197 | 10-18 |
| 96 | 8-12 | 198 | 12-16 |
| 97 | 23 | 200 | 9-14 |
| 98 | 1-9 | 203 | 1-11 |
| 99 | 6-15 | 206 | 7-16; 21-23 |
| 100 | 7-23 | | |
| 101 | 1-3; 8-11 | | |
| 102 | 11-13 | | |
| 106 | 17-23 | | |
| 107 | 1-23 | | |
| 108 | 1-23 | | |
| 109 | 1-23 | | |
| 110 | 1-14 | | |

/s/ *Randall Morgan*

Randall Morgan [MORG8350]
Attorney for Defendant City of Auburn

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

    I hereby certify the foregoing has been duly served on the following via E-Mail and U.S. Mail, properly addressed and first-class postage prepaid on this the 26th day of March, 2008:

Roderick E. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

                                           /s/ *Randall Morgan*
                                           OF COUNSEL