IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN E. LACEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3-06-cv-1145-MEF |
| | ) | |
| CITY OF AUBURN, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motions in Limine (Doc. #43, #44, #45, #46, #47) filed on April 9, 2008, it is hereby

ORDERED that the plaintiff shall file a response to each the motions on or before **April 16, 2008**. The defendant may file a reply on or before **April 22, 2008**.

DONE this the 10th day of April 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE