IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | | |
|---|---|---|---|
| NORMAN E. LACEY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CASE NO: 3:06-CV-1145-MEF | |
| | ) | | |
| CITY OF AUBURN, | ) | | |
| | ) | | |
| Defendant. | ) | | |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

**COMES NOW** the Defendant City of Auburn and herewith objects to the following deposition testimony designated by Plaintiff:

| Page | Line(s) | Page | Line(s) |
|---|---|---|---|
| 24 | 1-4 | 157 | 12-23 |
| 25 | 20-23 | 159 | 3-8 |
| 29 | 1-7 | 159 | 20-23 |
| 30 | 13-16 | 160 | 11-21 |
| 31 | 1-7 | 161 | 1-15 |
| 33 | 21-23 | 162 | 8-11 |
| 34 | 1-4 | 198 | 5-23 |
| 127 | 3-10 | 199 | 1-15 |
| 139 | 6-11 | 199 | 16-23 |
| 141 | 17-20 | 200 | 1-3 |
| 142 | 9-18 | 201 | 1-23 |
| 150 | 5-20 | | |

| 151 | 4-14     | 202 | 1-15 |
| --- | -------- | --- | ---- |
| 152 | 2-12     | 204 | 9-23 |
| 153 | 10-23    |     |      |
| 154 | 1-21     |     |      |
| 155 | 11-14; 23|     |      |
| 156 | 1-9      |     |      |

As the Defendant interprets the Court's Uniform Scheduling Order, there is no requirement at this time to set forth the grounds for said objections. However, to the extent the Defendant may be in error, this Defendant objects to Plaintiff's designated deposition testimony as inadmissible pursuant to Rule 401; Rule 402; Rule 403; Rule 701; Rule 801; Rule 802; conjectural; self-serving; improper and inadmissible opinion testimony; and, is otherwise inadmissible.

        /s/ *Randall Morgan*
        Randall Morgan [MORG8350]
        Attorney for Defendant City of Auburn

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11th day of April, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Roderick E. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

                                    /s/ *Randall Morgan*
                                    OF COUNSEL