IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN E. LACEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3-06-cv-1145-MEF |
| | ) | |
| CITY OF AUBURN, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the trial set for April 28, 2008 is CONTINUED GENERALLY.

2. That the parties file a joint stipulation of dismissal on or before April 30, 2008.

3. That all pending motions are DENIED as MOOT.

DONE this 22nd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE