IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NORMAN E. LACEY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 3:06-CV-1145-MEF |
| CITY OF AUBURN, | ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL

COME NOW the parties, by and through their respective attorneys of record and herewith agree and stipulate that this case is to be dismissed with prejudice with each party to bear his or its own costs. The parties respectfully request the Court to enter an Order dismissing same with prejudice.

_____
Roderick E. Cooks
Attorney for Plaintiff Norman E. Lacey

OF COUNSEL:
WINSTON COOKS, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203

_____
Randall Morgan [MORG8350]
Attorney for Defendant City of Auburn

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104