**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                   TELEPHONE (334) 954-3600

May 1, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:**  Lacey v. City of Auburn

**Case Number:**  3:06-cv-01145-MEF-CSC

**Referenced Pleading:**  Stipulation of Dismissal
**Docket Entry Number:**  59

**The referenced pleading was filed on \*\*\*April 30, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.**

**Parties are instructed to disregard #59 docketing entry, which has been stricken from the record as a docketing error and refer to the corrective docket entry #60.**